DOUGLAS HAN (SBN 232858)
dhan@justicelawcorp.com
SHUNT TATAVOS-GHARAJEH (SBN 272164)
statavos@justicelawcorp.com
CHANCELLOR NOBLES (SBN 330081)
cnobles@justicelawcorp.com
**JUSTICE LAW CORPORATION**
751 N. Fair Oaks Ave., Ste. 101
Pasadena, California 91103
Telephone: (818) 230-7502
Facsimile: (818) 230-7259

*Attorneys for* Plaintiffs
RUDY ORTEGA AND CLEMENTE SANDOVAL

[*Additional counsel listed on following page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY ORTEGA AND CLEMENTE SANDOVAL, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>ITS TECHNOLOGIES & LOGISTICS, LLC, an Illinois limited liability company; CONGLOBAL INDUSTRIES, LLC, a Delaware limited liability company; CONGLOBAL TRANSPORT, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No. 5:21-cv-00562-JWH-KK<br><br>Honorable John W. Holcomb<br>Courtroom 2<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed: February 11, 2021<br>Removal Filed: March 31, 2021<br>Trial Date: None Set |

| | |
|---|---|
| 1 | SARAH E. ROSS, Bar No. 252206<br>sross@littler.com |
| 2 | LITTLER MENDELSON P.C.<br>2049 Century Park East, 5th Floor |
| 3 | Los Angeles, California 90067.3107<br>Telephone: 310.553.0308 |
| 4 | Fax No.: 310.553.5583 |
| 5 | KARA ADELLE RITTER COLE, Bar No. 306515<br>kcole@littler.com |
| 6 | LITTLER MENDELSON, P.C.<br>501 W. Broadway, Suite 900 |
| 7 | San Diego, CA 92101.3577<br>Telephone: 619.232.0441 |
| 8 | Fax No.: 619.232.4302 |
| 9 | Attorneys for ITS TECHNOLOGIES & LOGISTICS, LLC; CONGLOBAL<br>INDUSTRIES, LLC; CONGLOBAL TRANSPORT, LLC |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Rudy Ortega and Clemente Sandoval ("Plaintiffs") and Defendants ITS Technologies & Logistics, LLC, Conglobal Industries, LLC, and Conglobal Transport, LLC ("Defendants") (Collectively, "the Parties"), hereby stipulate that the above-entitled action, *Ortega et al. v. ITS Technologies & Logistics, LLC, et al.* Case Number 5:21-cv-00562, and all causes of action asserted therein, shall be dismissed without prejudice. Each party shall bear its own attorney's fees and costs.

DATED: June 9, 2022    **JUSTICE LAW CORPORATION**

By: */s/ Chancellor Nobles*
    Chancellor Nobles
    *Attorneys for* Plaintiffs

DATED: June 9, 2022    **LITTLER MENDELSON P.C.**

By: */s/ Kara Adelle Ritter Cole*
    Sarah E. Ross
    Kara Adelle Ritter Cole
    *Attorneys for* Defendants

4
STIPULATION OF DISMISSAL